389 A.2d 189

Commonwealth v. Bell, Appellant.

Submitted December 6, 1977. Calvin S. Drayer, Jr., and George B. Ditter, Assistant Public Defenders, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.